IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SIDNEY CLARK, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION 16-0330-CG-C |
| | ) | |
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 10-00056-CG |
| | ) | |
| Respondent. | ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated October 11, 2016, is adopted as the opinion of this Court.

**DONE and ORDERED** this 4th day of November, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE