IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |  | |
|---|---|---|---|
| SIDNEY CLARK, | ) | | |
| | ) | | |
| Petitioner, | ) | | |
| | ) | | |
| vs. | ) | CIVIL ACTION 16-0330-CG-C | |
| | ) | | |
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 10-00056-CG | |
| | ) | | |
| Respondent. | ) | | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's rights were not violated in this cause and that his request to vacate, set aside or correct his sentence (*see* Docs. 147 & 149) is due to be and hereby is **DENIED**.  Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 4th day of November, 2016.


/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE